# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.N., et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant(s). | Case No. 2:23-cv-00826-JAD-NJK<br><br>**ORDER** |

On August 28, 2023, Plaintiffs filed a notice regarding service on the United States. Docket No. 9. Since that time, the United States has not appeared and Plaintiffs have not advanced the case. Plaintiffs are hereby ORDERED to file a status report explaining why this case has stagnated by May 10, 2024.

IT IS SO ORDERED.

Dated: April 18, 2024

                                                                           Nancy J. Koppe<br>
                                                                           United States Magistrate Judge